IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

LISA W. WHALEY,

        Plaintiff,

v.

WAL-MART STORES EAST, LP,

        Defendant.
_____

Civil Action File No.
5:14-CV-155 (MTT)

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, Counsel for all parties above, and hereby stipulate and agree that the above-referenced matter shall be dismissed with prejudice.

Respectfully submitted this 4th day of December, 2014.

CONSENTED TO:

| | |
|---|---|
| */s/ Mary Beth Hand* | */s/ Albert J. DeCusati* |
| Jarome E. Gautreaux, Esq. | Albert J. DeCusati, Esq. |
| Georgia Bar No. 297336 | Georgia Bar No. 215610 |
| Mary Beth Hand, Esq. | Ashley A. Bagiatis, Esq. |
| Georgia Bar No. 322836 | Georgia Bar No. 141360 |
| 502 Mulberry Street | McLain & Merritt, P.C. |
| Macon, GA 31201 | 3445 Peachtree Road NE, Suite 500 |
| (478) 238-9758 | Atlanta, Georgia 30326 |
| | (404) 266-9171 |

## CERTIFICATE OF SERVICE

This is to certify that on this 4th day of December, 2014, I electronically filed the **DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF System which will automatically send email notification of such filing to attorneys of record.

>  */s/ Mary Beth Hand*
>  Mary Beth Hand
>  GA Bar No. 322836
>
>  Attorney for Plaintiff

Gautreaux & Sizemore, LLC
502 Mulberry Street
Macon, GA 31201
(478) 238-9758 (telephone)
marybeth@gstriallawyers.com